WO

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | |
|     Plaintiff, | CV 09-8093-PCT-JAT |
|     v. | |
| Roger Hanses, | ORDER |
|     Defendant, | |
|     and | |
| Roger's Spec Homes LLC, | |
|     Interested Party. | |

The United States of America having filed a Motion for a Charging Order against Defendant Roger Hanses's interest in Roger's Spec Homes LLC, and good cause appearing:

**IT IS ORDERED** that pursuant to authority bestowed by Title 18 U.S.C. § 3613(a) (2012) and through A.R.S. § 29-655(A) (2016), Defendant Roger Hanses's membership interest in Roger's Spec Homes LLC, is hereby charged for payment of the unsatisfied amount of the Judgment entered in this action until the Judgment is paid in full. *See Merch. Transaction Sys. v. Nelcela*, *Inc.*, No. CV-02-1954-PHX-FJM (LOA), 2011 U.S. Dist. LEXIS 117404, at *10-12 (D. Ariz. Sept. 6, 2011) (setting forth pertinent information with regards to charging orders entered under Arizona law).

**IT IS FURTHER ORDERED** that Roger's Spec Homes LLC, shall promptly deliver any and all distributions, funds, profits, proceeds of sale, payments and

WO

disbursements owed to Defendant Roger Hanses, over which it has control or possession, now or in the future, to the Clerk of the Court for the District of Arizona for application to the Judgment imposed in this case, No. CV 09-8093-PCT-JAT, United States v. Roger Hanses, until all financial liability imposed therein are paid in full.  Payments shall be made to the following:   United States Attorney, District of Arizona FLU, 405 West Congress, Suite 4900, Tucson, Arizona 85701, with case notation, Case Number: CV 09-8093-PCT-JAT.

**IT IS FURTHER ORDERED** that Roger's Spec Homes, LLC shall report to the United States Attorney's Office, by the first day of each calendar month, all distributions made on account of membership interests in the preceding month.

**IT IS FURTHER ORDERED** that this Charging Order shall be treated as a lien upon the interests of Defendant Roger Hanses in Roger's Spec Homes LLC, in favor of the United States, and may be filed and treated like any other lien under 18 U.S.C. § 3613(c).

Dated this 30th day of September, 2016.

James A. Teilborg
Senior United States District Judge